EDMUND G. BROWN JR., State Bar No. 37100
Attorney General of the State of California
DAVID S. CHANEY, State Bar No. 73315
Chief Assistant Attorney General
ROCHELLE C. EAST, State Bar No. 183792
Senior Assistant Attorney General
VICKIE P. WHITNEY, State Bar No. 145316
Supervising Deputy Attorney General
WILLIAM P. BRODBECK, State Bar No. 94904
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 327-6758
 Fax: (916) 324-5205
 Email: Bill.Brodbeck@doj.ca.gov

Attorneys for Defendants Matthew Cate, individually
and as Secretary for California Department of
Corrections and Rehabilitation

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

METROPOLITAN DIVISION

| | |
|---|---|
| **TED KEENER ERNST,** | 1:08-cv-01940-GSA (PC) |
| Plaintiff, | **ORDER ON STIPULATION TO EXTEND TIME TO FILE A RESPONSIVE PLEADING** |
| v. | |
| **MATTHEW CATE, et al.,** | **Deadline: January 30, 2009** |
| Defendants. | |

    This stipulation is entered into as of December 18, 2008, by and between Plaintiff, Ted

Keener Ernst, through his counsel of record, Olaf Landsgaard, Attorney at Law, and Defendants

Matthew Cates, individually and as Secretary for California Department of Corrections and

Rehabilitation ("CDCR"), through their attorney of record, William P. Brodbeck, Deputy

Attorney General.

/ / /

/ / /

1   It is stipulated by the parties, through their attorneys of record, that Defendants have an
2 extension of time to January 30, 2009, to file a response to the complaint which was removed
3 from the Superior Court of California, County of Kern, to the United States District Court,
4 Eastern District, Fresno Division, on December 17, 2008.

5

6    IT IS SO ORDERED.

7   **Dated:   January 5, 2009**          **/s/ Gary S. Austin**
                                    UNITED STATES MAGISTRATE JUDGE