# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| TED KEENER ERNST, | ) | 1:08-cv-01940 OWW GSA |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER ADOPTING FINDINGS AND |
| v. | ) | RECOMMENDATIONS (Doc. 22) |
| | ) | |
| MATTHEW CATE, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

On January 30, 2009, Defendant Matthew Cate moved to dismiss Plaintiff's complaint, pursuant to Rule 12(b) of the Federal Rules of Civil Procedure. The motion was amended on February 20, 2009, and again, on February 23, 2009. On April 7, 2009, Plaintiff filed a First Amended Complaint. Thereafter, on April 14, 2009, the Court issued Findings and Recommendations that Defendant's motion to dismiss Plaintiff's original complaint was moot in light of the filing of the First Amended Complaint. The Findings and Recommendations were served on all parties appearing in this action and contained notice that any objections were to be filed within ten (10) days of the date of service of the order. Over ten (10) days have passed and no party has filed objections.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a de novo review of the case. Having carefully reviewed the entire file, the Court finds that the Findings and Recommendations are supported by the record and proper analysis.

//

//

1

Accordingly, IT IS HEREBY ORDERED that Defendant's motion to dismiss the original complaint is DENIED as moot.

IT IS SO ORDERED.

**Dated:   May 6, 2009**                              /s/ Oliver W. Wanger
                              UNITED STATES DISTRICT JUDGE