1  EDMUND G. BROWN JR., State Bar No. 37100
   Attorney General of California
2  KENNETH R. WILLIAMS, State Bar No. 73170
   Supervising Deputy Attorney General
3  WILLIAM P. BRODBECK, State Bar No. 94904
   Deputy Attorney General
4   1300 I Street, Suite 125
    P.O. Box 944255
5   Sacramento, CA 94244-2550
    Telephone: (916) 327-6758
6   Fax: (916) 324-5205
    E-mail: Bill.Brodbeck@doj.ca.gov
7  *Attorneys for Defendants Cate, Broncato,
   Jett and Chavez*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **TED KEENER ERNST,** | 1:08-CV-01940-OWW-GSA |
| Plaintiff, | **STIPULATION AND ORDER FOR EXTENSION OF TIME FOR DEFENDANTS BRONCATO, CHAVEZ AND JETT TO FILE A RESPONSE TO PLAINTIFF'S FIRST AMENDED COMPLAINT** |
| v. | |
| **MATTHEW CATE, et al.,** | |
| Defendants. | |

This stipulation is entered into as of May 29, 2009, by and between Plaintiff, Ted Keener Ernst, through his counsel of record, Olaf Landsgaard, Attorney at Law, and Defendants K. Jett, M. Broncato and E. Chavez, through their attorney of record, William P. Brodbeck, Deputy Attorney General.

///

///

///

1

1    It is stipulated by the parties, through their attorneys of record, that Defendants K. Jett, M. Broncato and E. Chavez have an extension of time to July 8, 2009, to file a response to Plaintiff's First Amended Complaint filed April 7, 2009.

IT IS SO STIPULATED.

Dated:  June 3, 2009                                */s/ Olaf Landsgaard*_____
                                                                    Olaf Landsgaard
                                                                    Attorney for Plaintiff


Dated:  June 10, 2009                              */s/ William P. Brodbeck*_____
                                                                    William P. Brodbeck
                                                                    Attorney for Defendants


**ORDER**

**IT IS SO ORDERED.**

Dated:  June 24, 2009                              ____/s/ Gary S. Austin_____
                                                                    U.S. MAGISTRATE JUDGE

SA2008306650
30763345.doc