# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| TED KEENER ERNST, | ) | 1:08-cv-01940 OWW GSA |
| Plaintiff, | ) ) | |
| v. | ) ) ) | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS |
| MATTHEW CATE, et al., | ) ) | (Document 48) |
| Defendants. | ) ) | |

On or about July 23, 2009, Defendant M. Broncato moved to dismiss Plaintiff's first amended complaint pursuant to Federal Rules of Civil Procedure rule 12(b)(6). (Doc. 40.) Plaintiff did not file an opposition to the motion.

On November 13, 2009, the Magistrate Judge filed Findings and Recommendations which were served on all parties and contained notice that any objections to the Findings and Recommendations were to be filed no later than December 16, 2009. (Doc. 48.) As of this date, no party has filed objections.

In accordance with the provisions of Title 28 of the United States Code section 636 (b)(1)(C), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the Court finds that the Findings and Recommendations are supported by the record and proper analysis.

//

//

//

1

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed November 13, 2009, are ADOPTED IN FULL.
2. In parallel orders all federal claims have been dismissed and supplemental Jurisdiction declined.

IT IS SO ORDERED.

**Dated:   December 19, 2009**                    /s/ Oliver W. Wanger
                                         UNITED STATES DISTRICT JUDGE